UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO: 19-CV-1344-Orl-40LRH

**MARASON QUASHIE, as Personal Representative of the Estate of NORMA WHITFIELD-QUASHIE, Deceased,**

    Plaintiff,

vs.

**EMIRATES, INC. a foreign corporation,**

    Defendant.
_____/

## REPORT OF MEDIATION

The undersigned Mediator hereby advises this Honorable Court that the Parties in the captioned matter participated in a video conference Mediation, via Zoom, on June 30, 2020, and that the Parties reached a full and final settlement of all claims.

DATED this **1st** day of **July 2020**

    Respectfully submitted,
    /s/ Michael C. Siboni
    Michael C. Siboni, Esq., Mediator
    Certification No.: 14026CRA
    1900 SE 18th Avenue, Suite 300
    Ocala, FL  34471
    Phone: (352) 629-7441
    Fax:    (352) 629-7745

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **1st** day of July 2020, a true and correct copy of the foregoing was electronically filed and served by using the CM/ECF Portal system, which will send an automatic e-mail message to all parties who have registered with the E-Filing Portal.

    /s/ Michael C. Siboni
    Michael C. Siboni, Esq., Mediator